UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BANI AUTO GROUP, INC.; SIA BANI & COMPANY, LLC; BANI INVESTMENTS, LLC; CLUB SPORTIVA, INC. f/k/a DRIVE A DREAM, INC.; and SIAVOSH BANIHASHEMI a/k/a SIA BANI,<br><br>Defendants. | Case No. 18-cv-01649-BLF<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL OF CERTAIN CLAIMS AND ENTRY OF JUDGMENT ON CLAIMS 4 AND 7**<br><br>[Re: ECF 79, 87] |

On September 14, 2021, the Court granted partial summary judgment for Plaintiff United Specialty Insurance Company and against Bani Auto Group, Inc., Club Sportiva, Inc., and Siavosh Banihashemi a/k/a Sia Bani ("Sia Bani") on Claims 4 and 7 of the complaint. *See* MSJ Order, ECF 78. Plaintiff thereafter filed a request for dismissal of all remaining claims, and entry of judgment on Claims 4 and 7. *See* Pl.'s Req., ECF 79. Defendants filed an objection to Plaintiff's request, asserting that Plaintiff erroneously sought prejudgment interest at a rate of 10% when the correct prejudgment interest rate is 7%. *See* Defs.' Obj., ECF 83. Defendants did not object to any other aspect of Plaintiff's request for dismissal of certain claims and entry of judgment. *See id.*

The Court entered two stipulated orders deferring ruling on Plaintiff's request, as the parties were attempting resolve the remaining issues in the case. *See* Orders, ECF 84, 86. However, on November 29, 2021, Plaintiff renewed its request for dismissal of certain claims and entry of judgment, indicating that the parties were unable to reach resolution. *See* Pl.'s Renewed

1  Req., ECF 87.  Plaintiff now concedes that the appropriate prejudgment interest rate is 7%.  *See id.*

2  The Court agrees that in this diversity action, California law applies and entitles Plaintiff to

3  prejudgment interest at a rate of 7%, running from the date of Plaintiff's payment of $1,000,000

4  on August 30, 2019.  "State law governs prejudgment interest in a diversity action."  *Westport Ins.*

5  *Corp. v. California Cas. Mgmt. Co.*, 916 F.3d 769, 781 (9th Cir. 2019).  "The California

6  Constitution generally affixes the rate of prejudgment interest at seven percent per annum for

7  judgments rendered in state courts unless specified otherwise by the legislature."  *Id.*; *see also*

8  *MGA Ent., Inc. v. Hartford Ins. Grp.*, 869 F. Supp. 2d 1117, 1136 (C.D. Cal. 2012) (insurer's

9  claim for equitable contribution was subject to prejudgment interest at a rate of 7%).

10  Because Plaintiff has conceded the only issue as to which Defendants objected – the

11  applicable prejudgment interest rate – the Court GRANTS Plaintiff's request for dismissal of

12  certain claims and entry of judgment on Claims 4 and 7.  A separate dismissal order and a

13  judgment will issue concurrently with this order.

14  **IT IS SO ORDERED.**

16  Dated:  November 30, 2021

_____
BETH LABSON FREEMAN
United States District Judge

2