# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BANI AUTO GROUP, INC.; SIA BANI & COMPANY, LLC; BANI INVESTMENTS, LLC; CLUB SPORTIVA, INC. f/k/a DRIVE A DREAM, INC.; and SIAVOSH BANIHASHEMI a/k/a SIA BANI,<br><br>Defendants. | Case No. 18-cv-01649-BL<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL OF CERTAIN CLAIMS**<br><br>[Re: ECF 79] |

Pursuant to Plaintiff United Specialty Insurance Company's request for dismissal of certain claims (ECF 79), and without objection by Defendants, IT IS HEREBY ORDERED that:

(1) Defendants Sia Bani & Company, LLC and Bani Investments, LLC, are hereby dismissed with prejudice;

(2) As to Defendants Bani Auto Group, Inc., Club Sportiva, Inc., and Siavosh Banihashemi a/k/a Sia Bani, Claims 1, 2, 3, 5, and 6 of the complaint are dismissed without prejudice; and

(3) Each side to bear its own costs with respect to the claims dismissed by this Order.

**IT IS SO ORDERED.**

Dated: November 30, 2021

_____
BETH LABSON FREEMAN
United States District Judge