# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>BANI AUTO GROUP, INC.; SIA BANI & COMPANY, LLC; BANI INVESTMENTS, LLC; CLUB SPORTIVA, INC. f/k/a DRIVE A DREAM, INC.; and SIAVOSH BANIHASHEMI a/k/a SIA BANI,<br><br>    Defendants. | Case No. 18-cv-01649-BL<br><br>**JUDGMENT** |

All other claims having been dismissed by the Court,

(1) Judgment is hereby entered for Plaintiff United Specialty Insurance Company and against Defendants Bani Auto Group, Inc., Club Sportiva, Inc., and Siavosh Banihashemi a/k/a Sia Bani on Claim 4 of the complaint, that Plaintiff United Specialty Insurance Company had no duty to indemnify in the underlying *Wright* action.

(2) Judgment is hereby entered for Plaintiff United Specialty Insurance Company and against Defendants Bani Auto Group, Inc., Club Sportiva, Inc., and Siavosh Banihashemi a/k/a Sia Bani on Claim 7 of the complaint for recoupment of indemnity payments. Defendants Bani Auto Group, Inc., Club Sportiva, Inc., and Siavosh Banihashemi a/k/a Sia Bani, jointly and severally, shall reimburse Plaintiff United Specialty Insurance Company in the amount of the $1,000,000 that Plaintiff United Specialty Insurance Company paid in settlement of the *Wright* action.

(3) Plaintiff United Specialty Insurance Company is the prevailing party.

  (4) Defendants Bani Auto Group, Inc., Club Sportiva, Inc., and Siavosh Banihashemi a/k/a Sia Bani, jointly and severally, shall pay Plaintiff United Specialty Insurance Company prejudgment interest on the $1,000,000 settlement at the rate of 7%.  From the date of payment of the $1,000,000 settlement through November 30, 2021, the date of this judgment, prejudgment interest in the amount of $164,935.75 has accrued.  Defendants Bani Auto Group, Inc., Club Sportiva, Inc., and Siavosh Banihashemi a/k/a Sia Bani, jointly and severally, shall pay Plaintiff United Specialty Insurance Company prejudgment interest in the amount of $164,935.75.

  (4) Plaintiff United Specialty Insurance Company shall recover its costs.

Dated: November 30, 2021

_____
BETH LABSON FREEMAN
United States District Judge