UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>BANI AUTO GROUP, INC., et al.,<br><br>    Defendants. | Case No. 18-cv-01649-BLF<br><br>**ORDER STRIKING PLAINTIFF'S OBJECTIONS TO EVIDENCE WITHOUT PREJUDICE TO INCLUSION IN AMENDED REPLY BRIEF**<br><br>[Re: ECF 171-2] |

Plaintiff has submitted objections to evidence in a separate document appended to its reply brief, in violation of Civil Local Rule 7-3(c) and this Court's Standing Order Re Civil Cases. *See* Civ. L.R. 7-3(c) ("Any evidentiary and procedural objections to the opposition must be contained within the reply brief or memorandum."); Standing Order § IV.I ("Objections to evidence shall comply with the Civil Local Rules, which require that objections be contained within the objecting party's brief.").

Plaintiff's objections to evidence, filed at ECF 171-2, are hereby STRICKEN. Plaintiff MAY (but need not) file an amended reply brief including some or all of its evidentiary objections and making no other substantive changes. Any amended reply brief SHALL comply with the 4-page limit set by the Court as well as all applicable Civil Local Rules and provisions of the Standing Order Re Civil Cases. The single spaced chart is not an acceptable format.

The deadline for Plaintiff to file any amended reply brief is May 14, 2025.

**IT IS SO ORDERED.**

Dated: May 9, 2025

_____
BETH LABSON FREEMAN
United States District Judge